# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| )                                    | |
| Plaintiff,                          ) | |
| )                                    | |
| v.                                  ) | Case No.  CR-20-241-G |
| )                                    | |
| MARQUEISE DWAIN LEE,                ) | |
| )                                    | |
| Defendant.                          ) | |

## ORDER

Now before the Court is the Government's Motion to Dismiss Indictment (Doc. No. 23), filed March 22, 2021.  The Government states that Defendant has been sentenced to imprisonment on state charges for the conduct alleged in this case and that dismissal would therefore best serve the ends of justice.

Having considered the Government's argument and the circumstances of this matter, the Court finds that dismissal is in the public interest and that the Motion should be and is hereby GRANTED.  *See* Fed. R. Crim. P. 48(a); *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977); *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004).

IT IS THEREFORE ORDERED that the Indictment (Doc. No. 1) filed September 16, 2020, charging Defendant Marqueise Dwain Lee with violation of Title 18, United States Code, Section 922(g)(1), is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of March, 2021.

CHARLES B. GOODWIN
United States District Judge